UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

ORLANDO LAWSON

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-0349 (GHL)

Jerry Leek, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere] as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSE CONCLUDED:** May 30, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $ 150.00 and special assessment of $ 5.00. Total of the fine and special assessment amounts to $155.00. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original count of the Information is dismissed on motion of the United States.

September 10, 2008
Date of Imposition of Sentence

_September 25, 2008_
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge